**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **AUDREY DAILY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 1:08-00481-KD-B** |
| | ) | |
| **UNIVERSITY OF SOUTH ALABAMA,** | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the Order issued on this date, the Defendant's Motion for Summary Judgment (Doc. 29) is **GRANTED** and Plaintiffs' Complaint is **DISMISSED with prejudice**.

DONE this the 12th day of November, 2009.

 s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE